UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRACEY BALTIMORE AS POWER OF ATTORNEY FOR LAMAR DAVENPORT,<br><br>                                  Plaintiff,<br><br>                    -against-<br><br>HON. ELLEN BIBEN; PROSECUTOR ALVIN BRAGG,<br><br>                                Defendants. | 25-cv-4701 (LLS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 14, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 17, 2025
            New York, New York

                                                          /s/ Louis L. Stanton
                                                          LOUIS L. STANTON,
                                                      United States District Judge